Ryan Anfuso, OSB 103254
Email: ryan@ryananfuso.com
Anfuso Law PC
1 SW Columbia St. Suite 1625
Portland, OR 97204
Tel: (503) 946-3646
Fax: (503) 946-3223

Attorney for Defendant Eli Victor McKenzie

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ELI VICTOR MCKENZIE,<br><br>　　　Defendant. | Case No. 3:25-cr-00250-AN<br><br>NOTICE OF REPRESENTATION |

Ms. McKenzie, Defendant in the above-entitled matter, having retained Ryan J. Anfuso of Anfuso Law, P.C. requests that the Court list Ryan J. Anfuso as attorney of record and requests that the Court forward all communications to his office.

DATED this 17th day of June 2025.

                                                     ANFUSO LAW, P.C.

                                                     _/s/ Ryan J. Anfuso_

                                                     Ryan J. Anfuso, OSB #103254

**Page 1 – Notice of Representation of Attorney**

ANFUSO LAW, P.C.
Umpqua Bank Plaza
1 SW Columbia St. Suite 1625
PORTLAND, OREGON 97204
(503) 946-3646

# CERTIFICATE OF SERVICE

I served a true copy of the foregoing **Notice of Representation** on the following person(s) at the following address(es):

>AUSA Paul Maloney
>U.S. Attorney's Office
>1000 SW 3rd Ave., Suite 600
>Portland, OR 97204

Each copy was certified by me as a true copy, placed in a sealed envelope, addressed as above, and mailed to the addresses listed above on June 17th, 2025.

Dated this 17th day of June 2025.

ANFUSO LAW, P.C.

_____
Ryan J. Anfuso; OSB #103254
Attorney for Defendant

**Page 2 – Notice of Representation of Attorney**